SEALED

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.  24-mj-80 |
| | ) |
| Joseph Harold West, Jr. | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 2021 - October 2022___ in the parish of ___Orleans___ in the ___Eastern___ District of ___Louisiana___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

 

                                   */s/Lisa Horner*
                                    *Complainant's signature*

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 29th day of May, 2024 in New Orleans, Louisiana.

                                Lisa Horner, Special Agent, FBI
                                  *Printed name and title*

Date:  May 29, 2024

                                    *Judge's signature*

City and state:  New Orleans, Louisiana         Honorable Donna Phillips Currault, U.S. Magistrate Judge
                                    *Printed name and title*

___ Fee ___
_X_ Process _2 CC USM_
___ Dktd ___
___ CtRmDep ___
___ Doc. No ___

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 24-mj-80** |
| **v.** | * | **DIVISION (2)** |
| **JOSEPH HAROLD WEST, JR.** | * | **MAG. CURRAULT** |

\*   \*   \*

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR CRIMINAL COMPLAINT**

I, Lisa M. Horner, having been duly sworn, do depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since October 15, 1995.  Since my completion of training at the FBI Academy, I have been assigned to white collar, organized crime, and public corruption squads at the New Orleans Field Office of the FBI. I am currently assigned to investigate public corruption and white-collar crime matters involving violations of, among other things, Title 18, United States Code, Sections 371 (Conspiracy) and 1343 (Wire Fraud). As a Special Agent, I have received training and gained experience in the investigation of criminal violations enforced by the FBI and enumerated in Title 18 of the United States Code.

2.      During my career as an FBI Special Agent, I have utilized various types of investigative techniques, including use of informants, physical surveillance, electronic surveillance (Title III), witness interviews, and the service of Grand Jury subpoenas.

3.      I make this affidavit based upon personal knowledge derived from my participation in this investigation.

**PURPOSE OF AFFIDAVIT**

4.      Based on the facts set forth in this affidavit, I submit there is probable cause to believe that violations of Title 18, United States Code, Section 371 (Conspiracy) to commit wire fraud, in violation of Title 18, United States Code, Section 1343 (Wire Fraud), have been committed by Joseph Harold WEST, Jr. ("WEST") and others, known and unknown.  This affidavit is submitted for the limited purpose of securing a criminal complaint; therefore, I am not setting forth every fact known about this investigation.  I am including what I believe are facts sufficient to establish probable cause for the complaint sought.

**PROBABLE CAUSE**

5.      In or about October 2022, a candidate for a state judicial seat, further identified as Victim 1, contacted the FBI to report being defrauded by a campaign consultant who identified himself as Anthony Joseph Bruno, a/k/a Joe Bruno, and his business associate Individual A.  After becoming suspicious that Bruno and Individual A were defrauding him, Victim 1 learned that Bruno's true identity was Joseph WEST and that both WEST and Individual A had criminal records.[1]  Victim 1 utilized his cellular phone and email account when interacting with WEST and Individual A.

6.      The FBI investigation revealed that WEST and Individual A worked together to defraud Victim 1 of money. WEST and Individual A conspired to defraud Victim 1 by, among other things: utilizing aliases to conceal WEST's true identity; creating fictitious business associates and organizations that endorse political candidates; utilizing cellular phones to call and send text messages to Victim 1 and to each other; utilizing "burner" apps to create different phone

---

[1] Through the course of my investigation, I have learned that WEST was previously arrested for allegedly defrauding a political campaign.  Charges were filed in *State of Louisiana v. West*, Case Number 13-06299 in the 24th Judicial District Court for the Parish of Jefferson (LA), but they were dropped in 2017.

numbers for the fictitious business associates; sending text messages from the burner numbers purporting to be associates of WEST and Individual A; providing false addresses to clients and vendors; creating false polling results on digital devices; utilizing fake identities to legitimize fabricated paperwork; utilizing a fictitious organization that endorses political candidates to charge an endorsement fee; utilizing email to forward communications from the fictitious organization that endorses political candidates; utilizing text messages to send images of an organization's endorsed ballot; and sharing the proceeds of the scheme to defraud. Victim 1 paid WEST, Individual A, and their businesses more than $13,000.

7.      WEST was a campaign consultant and business associate of Individual A. The investigation revealed that WEST has used the aliases of Anthony Joseph Bruno, AJ Bruno, Joseph Bruno, Joe Bruno, AJ Gambino, Joseph Barraco, and Joseph Berry while providing campaign consulting services to political candidates. WEST utilized cellular 504-577-4412 and email address biz4softball@yahoo.com while interacting with Victim 1 and Individual A.  WEST also utilized the email addresses joeinnola@gmail.com and metroonenola@gmail.com when communicating with Individual A during this phase of the conspiracy.

8.      WEST owns Metro One,[2] COG (also known as City of Grace), PHG Prestige Hospitality Group, and PHG LLC, all of which have been paid by political candidates; and he also owns SMG. Based on the statements and records provided by witnesses, phone companies, banks, and from the Louisiana Ethics Administration website, among other sources, there is probable

---

[2] Records provided by a financial institution revealed an account titled Joseph H. WEST DBA Metro One was established in 2015, and there were deposits into this account from more than 10 candidates or campaigns between January 2021 and November 2022.

cause to believe WEST used cellular phone(s), email, and these businesses to further the scheme to defraud his victims, both known and unknown, including Victim 1.

9.      Individual A was a campaign consultant and business associate of WEST. Individual A utilized cellular 404-655-0263, ************usa@gmail.com, and *****atl@icloud.com while interacting with Victim 1 and WEST. Individual A used the business name [Individual A] & Associates to bill Victim 1 for campaign services. Individual A used the cellular phone and email accounts to further these schemes.

10.     In October 2021, WEST introduced himself to Victim 1 as "AJ 'Joseph' Bruno" and provided Victim 1 with his cellular number, identified as 504-577-4412. Victim 1 entered this information into his cellular contacts.

11.     From approximately October 2021 through October 2022, WEST used cellular 504-577-4412 to communicate with Victim 1 via phone calls, SMS, and MMS messaging, including photographs, images, and PDF's. Victim 1 provided the FBI copies of his text message communications (both SMS and MMS) with WEST.

12.     On or about January 27, 2022, Victim 1 issued a personal check to Metro One in the amount of $1,850; and, according to the memo line, the payment was for a "poll for campaign." Records produced by Home Bank revealed that Victim 1's check was deposited into the Joseph H WEST DBA Metro One bank account ending x6615, which is located within the Eastern District of Louisiana. A review of debit/withdrawals from Home Bank account ending x6615 revealed no corresponding payments to a polling company.

13.     On or about May 12, 2022, within the Eastern District of Louisiana, WEST (pretending to be Bruno) introduced Victim 1 to Individual A, and the three discussed Victim 1's potential run for political office. Following the meeting, Individual A, using cellular 404-655-

0263, sent Victim 1 a text message providing his email address, ************usa@gmail.com; and he stated that he looked forward to working with Victim 1 on his campaign.

14.     On or about July 22, 2022, Victim 1 qualified to run as a candidate for an at-large judicial position on Louisiana's 4th Circuit Court of Appeal.  Victim 1 opened a campaign bank account, ending x4077, at Gulf Coast Bank and Trust.  When Victim 1's secretary, who was sole signatory on the account, travelled out of the country, Bruno/WEST's girlfriend was designated as an authorized signer.

15.     On or about July 28, 2022, Bruno (WEST) directed Victim 1 to email the donor information to biz4softball@yahoo.com.

16.     On or about July 28, 2022, Bruno (WEST), using cellular 504-577-4412, sent a text to Victim 1, advising Victim 1 that he already had the endorsement of the New Orleans Voter Education League (NOVEL), which he (Bruno/WEST) described as a St. Bernard Government Action League since 1999.  NOVEL is not a real organization.  WEST and Individual A utilized NOVEL to, among other things, solicit fraudulent endorsement fees from Victim 1.

17.     Cellular 504-603-3277 was purportedly used by Thomas Connick, who was associated with the NOVEL.  There is probable cause to believe that Thomas Connick was a fictitious name, that the New Orleans Voter Education League (NOVEL) was a fictitious organization that endorsed political candidates, and that the burner number 504-603-3277 was used to further the scheme to defraud.

18.     Novel.neworleans@gmail.com is an email account used to communicate on behalf of NOVEL.

19.     On or about October 4, 2022, at approximately 8:49 AM CT, Victim 1 received an email purportedly from Thomas Connick, Chairman, NOVEL, via novel.neworleans@gmail.com,

promoting its "proud history of endorsing winning candidates since 1998." Connick stated NOVEL did a "thorough evaluation of the candidates for the Judge of Court of Appeal and proudly endorsed [Victim 1']s candidacy." The email described a plan to follow what they did in last year's election.  It detailed plans to campaign, including 90,000 + mail out ballots, shared radio spots, a television campaign, and paid canvassers at strategic neighborhoods. Victim 1's pro-rata share (for the NOVEL endorsement) was listed as $6,175.

20.     On that same day, at approximately 11:46 AM CT, Individual A, using ************usa@gmail.com, forwarded an email he purportedly received from Connick, via novel.neworleans@gmail.com, at 11:45:38 AM CT, to Victim 1.  The contents of the email matched the 8:49 AM CT email noted above. At approximately 11:46 AM CT, Individual A, using cellular 404-655-0263, sent Victim 1 a text message, advising that he had forwarded Victim 1 the email from NOVEL.  Victim 1 became suspicious because the duration of time between when Individual A received the email from Connick (11:45:38 AM) and then forwarded it to Victim 1 (11:46 AM) was so short, it would have left little time for Individual A to read and respond to the email if he had not written it himself.

21.     Ad Hoc Labs, Inc. is a company that markets a "burner" app, which is a computer program or software application designed to run on a mobile device, allowing the user to use one phone to create up to three different phone numbers in the area code of their choice to help the user remain as anonymous as possible. The burner app website claims burner numbers cannot be traced to the user's primary number, while allowing the user to delete and switch numbers. It allows the user the ability to remain anonymous as they send unlimited calls and messages through their burner phone numbers. The website instructs users how to hide their actual phone numbers from being shown on someone else's caller ID.  WEST and Individual A conspired to use Ad Hoc

Labs, Inc.'s burner app to create fake identities of other alleged campaign personnel and vendors in order to defraud Victim 1 and his campaign account.

22.     Ad Hoc Labs records revealed that, on or about October 4, 2022, at approximately 5:25 PM CT, user ID 404-655-0263 (Individual A) created burner number 504-603-3277. Between October 4, 2022, and January 1, 2023, burner number 504-603-3277 had text and voice communications.

23.     On or about October 11, 2022, at approximately 10:46 AM CT, Bruno (WEST), using cellular 504-577-4412, texted Victim 1 to ask him to make a payment to Metro One for $4,000.  Bruno (WEST) stated he was "paying the balance on the ballot."  Victim 1 understood this to mean Metro One paid NOVEL the $6,175 endorsement fee and that the campaign was reimbursing Metro One for $4,000 of that fee.  Bruno (WEST) was covering the difference of $2,175.  That afternoon payment was collected from the Victim's Office. The campaign check was issued to Metro One in the amount of $4,000. The memo line reported "reimbursement for NOVEL payment."

24.     Around that same time, Individual A established a Facebook page promoting Victim 1 for Judge. Victim 1's staff sent V the campaign's banking information via *************usa@gmail.com so that V could route contributions submitted to the Facebook page to Victim 1's campaign account. Victim 1's campaign account never received any contributions from the Facebook page.

25.     On or about August 9, 2022, WEST used cellular number 504-577-4412 to send a text message to a federal probation officer from the Northern District of Georgia who was responsible for monitoring Individual A's supervised release.  *United States v. [Individual A]*, NDGA, Crim. No. 22-101.  In the text message, WEST introduced himself to a United States

Probation Officer as "AJ Bruno with phg in New Orleans…" WEST stated Individual A had been

working for him for almost a year and that he (Individual A) was a very good worker doing,

marketing and political campaigns. The probation officer also had a telephone conversation with

"AJ Bruno," during which he confirmed Individual A would not have access to money or clients'

personal information.

26.     On or about August 11, 2022, Individual A used ************usa@gmail.com to

send Victim 1 an invoice from [Individual A] & Associates for services, including campaign

website design, donation integration, and donor portal for the website (partnered with Over The

Top Digital), website graphics design, search engine optimization, Google web console, and

ongoing analysis monitoring. The invoice totaled $4,100. On or about August 11, 2022, Victim

1's campaign paid Individual A $2,700.

27.     In August or September 2022, Bruno (WEST) prepared a campaign plan for Victim

1, including handwritten notations regarding canvassing with push cards, fundraising events,

billboards, direct mail, robocalling; and he included a handwritten notation that "Stan Hargrove"

was raising money for a PAC.

28.     Ad Hoc Labs records revealed on or about August 24, 2022, at 6:01 PM CT, burner

number 901-250-2085 (Individual A) sent an outbound SMS. On or about August 24, 2022, at

6:01 PM CT, Victim 1 received a text message from 901-250-2085, purporting to be Stan

Hargrove. The text revealed the following message, "Good evening, I am getting started with

efforts to raise funds for your campaign for Appeals Court Judge. I hope to speak with you soon.

Warm Regards, Stan Hargrove." Victim 1 provided copies of his text messages with Hargrove to

the FBI.

29.     Ad Hoc Labs records and Victim 1's text messages revealed a series of text communications between burner number 901-250-2085 (Individual A), purporting to be Stan Hargrove, and Victim 1's cellular phone following the August 24, 2022, introduction.  Victim 1 requested a meeting with Hargrove; but Hargrove deflected the request by stating, "Joe and [Individual A] wanted to make aware that I am onboard.  I can't discuss this with you, because it would be ethics violation for you."

30.     On September 20, 2022, at 11:14 AM CT, Individual A, using ************usa@gmail.com, sent Victim 1 an email with the subject: Recent Initial Poll Data.  Individual A advised, "The hard data from the poll is not in yet. Joe (WEST) and I will get that to you once Southeastern Media Group has provided it."

31.     On September 22, 2022, at 11:41 AM CT, Individual A, using ***********usa@gmail.com, sent Victim 1 an email with the subject: SMG Poll Typo Corrected, and an attachment titled, SMG 17329 4th Circuit LA Data Rev.pdf. Individual A advised, "There was a spelling typo in the poll data from SMG. They sent me a revised copy." The attachment was titled "Results of Southeatern (sic) Media Group Poll #17329."  The document was purportedly prepared by Dr. Wilson Traywick, Southeastern Media Group. The poll was supposedly conducted between September 15 and 17, 2022 and released September 21, 2022.  The poll report was a two-page document, which contained five questions.

32.     Through my investigation I have concluded that Dr. Wilson Traywick and Southeastern Media Group are both fictitious and that the polling results emailed to Victim 1 were fabricated in order to defraud Victim 1 out of money.

33.     As discussed above, there is probable cause to believe that Stan Hargrove was a fictitious name associated with campaign fundraising activities and that both the name and the

burner number 901-250-2085, which has been attributed to Individual A, were used to further the

scheme to defraud.  WEST conspired with Individual A to utilize burner numbers and fictitious

names, such as Stan Hargrove, in order to defraud Victim 1.

34.     WEST and Individual A conspired to utilize emails and text messages in

furtherance of their scheme to defraud Victim 1.  The emails, which included, among other things,

fictitious endorsements from a fictitious entity, were transmitted by way of wire communications

which travelled in interstate commerce.

35.     The object of the conspiracy, generally, was to defraud Victim 1 of property; and

that object was achieved.  WEST and Individual A fraudulently invoiced Victim 1 for services that

were not provided.

36.     Through the course of my investigation, I have learned that WEST and Individual

A shared in the proceeds of their scheme to defraud Victim 1.

**CONCLUSION**

37.     Based upon the facts above, your Affiant submits that there is probable cause to

believe that JOSEPH HAROLD WEST, JR., within the Eastern District of Louisiana, engaged in

a conspiracy, in violation of Title 18, United States Code, Section 371, to defraud Victim 1 by use

of interstate wires, in violation of Title 18, United States Code, Section 1343.  Your Affiant also

prays that the Court will issue an arrest warrant for JOSEPH HAROLD WEST, JR. for said

violations.

Your Affiant swears that the aforementioned information is true and correct to the best of her knowledge.

Respectfully Submitted,

*/s/ Lisa M. Horner*
Lisa M. Horner
Special Agent (Badge No. 13222)
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the Affiant under oath, and the Affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the Affiant, that the document received by me is a correct and complete copy of the document submitted by the Affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the Affiant's knowledge.

Sworn to and electronically subscribed before me, over the telephone, and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), on this 29th day of May, 2024 in New Orleans, Louisiana.

HON. DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

11