# EASTERN DISTRICT OF LOUISIANA

**SEALED**

Mag Number: 24-80   (Complaint)   Warrant from another district

Defendant(s)

Joseph H. West, Jr.

Violation(s)

Wire fraud; Conspiracy; identity theft

18 USC 1343
18   371; 18 USC 1028

U.S. Attorney: Andre Lagarde

Date assigned: 5-28-24

Interpreter needed?   YES   (NO)
Sealed?   (YES)   NO

Court date and Time: _____

Before Magistrate Judge: _____